**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

February 19, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Reyes v. H&M Fashion USA, Inc.*, Case No. 1:25-cv-0053-JLR

Dear Judge Rochon:

We represent Defendant H&M Fashion, Inc. ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint from February 19, 2025 to March 21, 2025.

Defendant's counsel was just retained. Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. There have been no prior extensions.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

**Sirote ►  Adepetun Caxton-Martins Agbor & Segun ►  Davis Brown ►  East African Law Chambers ►  Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ►  LEAD Advogados ►  Rattagan Macchiavello Arocena ►  Jiménez de Aréchaga, Viana & Brause ►  Lee International ► Kensington Swan ►  Bingham Greenebaum ►  Cohen & Grigsby ►  Sayarh & Menjra ►  For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**