**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NATHALIE REYES, on behalf of herself and     :     Case no. 1:25-cv-53-JLR
all others similarly situated,                            :
                                                                        :
                                                                        :
                    Plaintiffs,                              :
                                                                        :     STIPULATION OF DISMISSAL
                    v.                                          :     WITH PREJUDICE
                                                                        :
H&M Fashion USA, Inc.                               :
                                                                        :
                    Defendant.                           :
                                                                        :
                                                                        :
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

    Dated: March 24, 2025

_____

Asher Cohen, Esq.

EQUAL ACCESS LAW GROUP, PLLC

68-29 Main Street,

Flushing, NY 11367

T: (718) 914-9694

E: acohen@ealg.law

*Attorney for Plaintiff*

    **SO ORDERED.**

_____

**JENNIFER L. ROCHON**
**United States District Judge**
Date:  March 26, 2025
     New York, New York

_____

Rebecca A. Stark

DENTONS US LLP

1221 Avenue of the Americas

New York, New York 10020

T: (212)-398-7614

E: rebecca.stark@dentons.com

*Attorney for Defendant*